**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH FORESTA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1379** |
| | : | |
| **AIRBNB, INC.** | : | |

# ORDER

**AND NOW**, this 29th day of January 2024, upon considering defendant Airbnb, Inc.'s motion to compel arbitration and to stay proceedings, and to dismiss for lack of personal jurisdiction (DI 7), plaintiff's response (DI 13), defendant's reply (DI 14), following our September 27, 2023 oral argument held with all counsel, and supplemental briefing (DI 18, 19), it is **ORDERED**:

1. Defendant Airbnb, Inc.'s motion to dismiss for lack of personal jurisdiction (DI 7) is **DENIED**.

2. Defendant Airbnb, Inc.'s motion to compel arbitration and to stay proceedings (DI 7) is **GRANTED**.

3. We **order** this case into arbitration per the terms of the parties' agreements and the Clerk of Court shall **STAY** this case.

4. The parties shall file a status report of the arbitration no later than **June 3, 2024**.

**MURPHY, J.**