# GEROLAMO, McNULTY, DIVIS, LEWBART & FOX

A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
The North American Building
Suite 1400
121 South Broad Street
Philadelphia, Pennsylvania 19107

_____

TELEPHONE (215) 790-8400
FAX (215) 790-8500
Email: kfox@gmdlfirm.com

Frank A. Gerolamo, III
Kevin R. McNulty
Daniel J. Divis *
Daniel T. Lewbart *
Kelly J. Fox *
John A. Dougherty *
Joseph L. Garbarino, III *
Paul G. Kirk
Angelica N. Parrilla
John J. Ryan
Sheila Hannigan Williams *
Nicole P. Showers*

**New Jersey Office**
206 S. White Horse Pike – Suite 2
Haddon Heights, New Jersey 08035
TELEPHONE (856) 547-8404
FAX (856) 547-0174

* Also admitted in New Jersey

June 3, 2024

The Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106
<u>*Via E-Filing*</u>

   Re: Foresta v. Airbnb
     <u>USDC, Eastern Court of PA, Docket No.  2:23-cv-01379-JFM</u>

Dear Judge Murphy:

 I represent Defendant Airbnb with regard to the above referenced matter.  I am submitting this letter/joint status report in accordance with Your Honor's Court Order dated January 29, 2024. Plaintiff's counsel and I have not yet scheduled an arbitration date as the parties are discussing a negotiated resolution of this matter.

 If you need any additional information, I can be reached at my direct dial at 215.790.5066 or email at kfox@gmdlfirm.com.

      Respectfully,

      **GEROLAMO, McNULTY, DIVIS, LEWBART & FOX**

      By: ***/s/ Kelly J. Fox***
        KELLY J. FOX, ESQ.

KJF/jr
cc: Joyce Ullman, Esquire